1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Branch Chief, Fresno Office
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226

5  Telephone: (559) 487-5561

**FILED**

MAY 2 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| v. | ) | |
| BRANDON ALLEN LYNCH, | ) | 1:08-CR-00105 |
| Defendant. | ) | |

The defendant, Brandon Allen Lynch, through the Federal Defender for the Eastern District of California, hereby requests appointment of the Federal Defender as counsel.

The defendant submits the attached financial affidavit as evidence of his inability to obtain counsel. Also included is a copy of a letter provided by the U.S. Attorney's Office indicating that Mr. Lynch is under investigation by the Treasury Inspector General for Tax Administration for allegedly engaging in, among other offenses, Unauthorized Inspection of Returns or Return Information, in violation of 26 U.S.C. § 7213A.

Dated: January 11, 2008

MARC C. AMENT
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

Dated: January 14, 2008

DENNIS L. BECK
United States Magistrate Judge