1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | CHARLES J. LEE, CA Bar #221057
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRANDON LYNCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-0105 SMS |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | ) ) | |
| BRANDON LYNCH, | ) ) | Date: February 26, 2009 Time: 10:00 A.M. |
| Defendant. | ) ) | Judge: Hon. Sandra M. Snyder |

**IT IS HEREBY STIPULATED**, by and between the parties hereto through their respective counsel, MARK MCKEON, Assistant United States Attorney, and CHARLES J. LEE, Assistant Federal Defender, counsel for Defendant Brandon Lynch, that the status conference hearing in the above captioned matter now scheduled for January 8, 2009, **may be continued to February 26, 2009 at 10:00 a.m. for further status conference / change of plea hearing**.

This continuance is jointly requested by counsel for the defendant and for the government to allow the final details of a proposed settlement agreement to be worked out. Defense counsel has recently turned over medical documentation relevant to the case to the government and the government would like some additional time to review these records. Both counsel have discussed the basic parameters of a plea agreement which should resolve the case, with the final details to be worked out. This continuance is requested to allow time to complete the negotiations.

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  Additionally, the requested
3  continuance will conserve time and resources for both counsel and the court.  For these reasons, the ends
4  of justice served by the granting of the requested continuance outweigh the interests of the public and the
5  defendant in a speedy trial.

McGREGOR M. SCOTT
United States Attorney

DATED: December 18, 2008        By  /s/ Mark McKeon
                                    MARK MCKEON
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: December 18, 2008        By  /s/ Charles J. Lee
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    BRANDON LYNCH

## ORDER

**IT IS SO ORDERED**.


DATED: December 22, 2008

                                    /s/ Gary S. Austin
                                    Gary S. Austin, Magistrate
                                    United States District Court