DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, CA Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRANDON LYNCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>BRANDON LYNCH,<br><br>            Defendant. | NO. 1:08-cr-0105 SMS<br><br>STIPULATION TO TAKE STATUS CONFERENCE/BAIL REVIEW OFF CALENDAR; ORDER<br><br>Date: April 9, 2009<br>Time: 10:00 A.M.<br>Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED**, by and between the parties hereto through their respective counsel, MARK MCKEON, Assistant United States Attorney, and CHARLES J. LEE, Assistant Federal Defender, counsel for Defendant Brandon Lynch, that the status conference hearing/bail review hearing in the above captioned matter now scheduled for **April 9, 2009** be taken off calendar.

      This continuance is jointly requested by counsel for the defendant and for the government to allow for the completion of plea negotiations and the resolution of this case. Both counsel, along with Ms. Kim Dalton of Pretrial Services, are currently working on terms of a deferred prosecution supervision agreement. My client and I met with Ms. Dalton earlier today for the initial pretrial interview. Pretrial services would calendar this case in the future in the event Mr. Lynch does not successfully complete all terms of his diversion and if court proceedings would need to be resumed.

1 | The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2 | effective defense preparation and for plea negotiations and case resolution, pursuant to 18 U.S.C.
3 | § 3161(h)(8)(B)(iv). For these reasons, the ends of justice will be served by taking the case off calendar
4 | and would outweigh the interests of the public and the defendant in a speedy trial.

LAWRENCE BROWN
Acting United States Attorney

DATED: April 2, 2009     By  /s/ Mark McKeon
MARK MCKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 2, 2009     By  /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
BRANDON LYNCH

**ORDER**

IT IS SO ORDERED.

Dated:   **April 3, 2009**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Stipulation to Take Status Conference/ Bail Review
Hearing Off Calendar; [Proposed] Order           -2-