

MAR 1 1 2010



## EASTERN DISTRICT OF CALIFORNIA

### DEFERRED PROSECUTION OF AN ADULT OFFENDER

*United States of America,*

vs.

**BRANDON ALLEN LYNCH**

*File No: 08-CR-00105M*

*Address: 2564 Sarah Street
Selma, California 93662*

*Phone No: (559) 891-1023*

### AGREEMENT FOR DEFERRED PROSECUTION

It appearing you are reported to have committed an offense against the United States on or about March 12, 2006 to May 17, 2006 in violation of Title 26 United States Code, Section 7213A, and Title 18 United States Code, Section 1030(a)(2)(B) in that you did: as an employee of the Internal Revenue Service did unlawfully and without authorization access and inspect tax return information of two private individuals, Eric Carvalho and Aaron Gonzales, exceeding your authorized access to a computer.

Upon accepting responsibility for your behavior and by your signature on this Agreement, it appearing, after an investigation of the offense, and your background, that the interest of the United States and your own interest and the interest of justice will be served by the following procedure; therefore,

On the authority of the Attorney General of the United States, by Mark J. McKeon, Assistant U. S. Attorney for the Eastern District of California, prosecution in this district for this offense shall be deferred for the period of 12 months from this date, provided you abide by the following conditions and the requirements of this agreement set out below.

Should you violate the conditions of this Agreement, the Assistant U. S. Attorney may revoke or modify any conditions of this Pretrial Services Diversion program or change the period of supervision, which shall in no case exceed 18 months. The Assistant U. S. Attorney may release you from supervision at any time. The Assistant U. S. Attorney may at any time within the period of your supervision initiate prosecution for this offense should you violate the conditions of this Agreement. In this case, he will furnish you with notice specifying the conditions of the Agreement which you have violated.

After successfully completing your diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offense set out in this Agreement will be instituted in this district, and the charges against you, if any, will be dismissed.

Neither this Agreement nor any other document filed with the Assistant U. S. Attorney as a result of your participation in the Pretrial Diversion program will be used against you, except for impeachment purposes, in connection with any prosecution for the above-described offense.

## GENERAL CONDITIONS FOR PRETRIAL DIVERSION

1. You shall not violate any law (federal, state and local). You shall immediately contact your Pretrial supervisor if arrested and/or questioned by any law enforcement officer.

2. You shall attend school or work regularly at a lawful occupation or otherwise comply with the terms of the special program described below. If you lose your job or are unable to attend school, you shall notify your Pretrial supervisor at once. You shall consult him/her prior to job or school changes.

3. You shall continue to live in this Judicial District. If you intend to move out of this district, you shall inform your Pretrial supervisor so that the appropriate transfer or program responsibility can be made.

4. You shall report to your Pretrial supervisor as directed and keep him/her informed of your whereabouts.

5. You shall follow the program and such special conditions as described below;

## SPECIAL CONDITIONS

6. You shall refrain from excessive use of alcohol and any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner;

7. You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

8. You shall participate in a program of medical and psychiatric treatment which will include treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer; and,

9. You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer.

I assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an Indictment, Information, or Complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an Information or in bringing a defendant to trial.

I hereby request the Assistant U. S. Attorney for the Eastern District of California to defer such prosecution. I agree and consent that any delay from the date of this Agreement to the date of initiation or prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request and shall be excludable time pursuant to the Speedy Trial Act (128 USC Section 3161). In addition, I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure, the Speedy Trial Act, or the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this Agreement.

_____   5/13/2009
SIGNATURE OF DIVERTEE         DATE

_____   5/4/09
ATTORNEY                     DATE

_____   5/6/09
ASSISTANT U.S. ATTORNEY      DATE

_____   5/13/09
PRETRIAL SERVICES OFFICER    DATE

_____   5/13/09
JUDGE MAGISTRATE*            DATE
SM SNYDER

*To be approved by Court if some form of charging document has been filed or if Divertee has been arrested.

*rev. 1-94*

3