```
BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
```

FILED

MAY 27 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:08-CR-00105-SMS |
| Plaintiff, ) | MOTION AND ORDER FOR DISMISSAL OF CITATION |
| v. ) | |
| BRANDON A. LYNCH, ) | |
| Defendant. ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Mark J. McKeon, Assistant United States Attorney, pursuant to the deferred entry of judgment agreement executed on May 13, 2009 and filed by the court on March 11, 2010 hereby moves to dismiss the charge against Brandon A. Lynch without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: 5/27/2010

BENJAMIN B. WAGNER
Acting United States Attorney

By: _____
    MARK J. MCKEON
    Assistant U.S. Attorney

1

O R D E R

    IT IS HEREBY ORDERED that the Citation against Brandon A. Lynch be dismissed, with prejudice, in the interest of justice.

Dated: May 27, 2010

_____
United States Magistrate Judge